# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Fax: (212) 571-5507
Tel: (212) 571-5500

September 13, 2021

BY ECF

Hon. Paul A. Crotty
United States District Court
500 Pearl Street
New York, New York 10007

      Re: United States v. Kuilan
        Ind: 15 Cr. 558  (PAC)

Dear Judge Crotty:

  I represent Jose Kuilan in the above-captioned matter, who is scheduled to appear on Thursday, September 16, 2021 before your Honor in connection with a pending VOSR. The defendant is at liberty, and has been throughout the pendency of this matter. I am currently traveling out of the country and do not plan to return until the coming weekend. For this reason, it is respectfully requested that this matter be adjourned for further proceedings for one week, or thereafter, so that it can be convened upon my return. I have informed the government, by AUSA Thomas McKay, that I would be making this application, and the government has no objection.

  Thank you very much for your attention to this matter.

                  Sincerely,

                  *Robert A. Soloway*

                  Robert A. Soloway

RAS:sc

    9/162021
    The VOSR will be adjourned to
    Tuesday, September 28 at 3PM. SO
    ORDERED.